UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, <br><br> Plaintiff, <br><br> v. <br><br> YVONNE BEUSTER, et al, <br><br> Defendant. | 1:14-cv-00122-BAM (PC) <br><br> ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS <br><br> (ECF No. 2) |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Civil detainees are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, plaintiff filed an application to proceed in forma pauperis. Examination of the application reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:   **February 7, 2014**          /s/ *Barbara A. McAuliffe*    _
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28